# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-01554-CAS-SKx | Date | April 3, 2025 |
| Title | Verbena WRC 15th LP v. Jesse Scott | | |

**Present: The Honorable**  CHRISTINA A. SNYDER

| Catherine Jeang | Not Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs: Not Present

Attorneys Present for Defendants: Not Present

**Proceedings:** **(IN CHAMBERS)** - ORDER TO SHOW CAUSE RE: SUBJECT MATTER JURISDICTION

On October 29, 2024, plaintiff Verbena WRC 15th, LP ("plaintiff") filed this unlawful detainer action against defendant Jesse Scott and Does 1-10 ("defendants") in Los Angeles County Superior Court. Dkt. 1 at 8. Defendant Jesse Scott removed the case to this Court on February 24, 2025. Id. at 1. Defendant Jesse Scott asserts that this Court has jurisdiction on the basis of a federal question. Id. at 2 (citing 28 U.S.C. § 1331 and § 1441).

It appears that this Court lacks subject matter jurisdiction over this action. The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law.").

Here, the only claim asserted by plaintiff is for unlawful detainer against defendants. See dkt. 1 at 8. Accordingly, defendants are hereby ORDERED TO SHOW CAUSE, in writing, on or before **April 18, 2025,** why this case should not be remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.

| | 00 : 00 |
|---|---|
| Initials of Preparer | CMJ |